No. 77–5850. SMILEY *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 77–5856. CEDRONE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 77–5866. MORGAN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–5868. BROOKS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–5880. GARCIA-RODRIGUEZ ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 77–5881. ROBIDEAU *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–5883. RAY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 77–5885. IMPSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–5886. ROBINSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–5888. SCHLAEBITZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–5894. STEELE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 77–5897. NISNEWITZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–5904. BLACHOWIAK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 77–5906. SIZEMORE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.